JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CASTRO-REYES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants, | Case No.: **2:24-cv-05278-SVW-PD**<br><br>*Assigned District Judge: Hon. Stephen V. Wilson*<br>*Assigned Magistrate Judge: Patricia Donahue*<br><br>~~**[PROPOSED]**~~ **ORDER OF DISMISSAL** |

1  Based on the stipulation of the parties, and good cause appearing therefore,
2  the stipulation is granted. The entire action, including all claims and counterclaims
3  stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 15, 2025          By:___[signature]_____
                                United States District Judge
                                Stephen V. Wilson